```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 19876
   CORDELL D LYONS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-6161


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/21/2004 and was confirmed 08/12/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  61.43% from remaining funds.

     The case was paid in full 08/11/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED             .00            .00
INTERNAL REVENUE SERVICE  UNSECURED OTH    4716.24              .00        2897.11
CITY OF CHICAGO PARKING   UNSECURED OTH    1730.00              .00        1062.71
VILLAGE OF JUSTICE        UNSECURED OTH    5000.00              .00        3071.42
VILLAGE OF JUSTICE        NOTICE ONLY     NOT FILED             .00            .00
CITY OF HICKORY HILLS     UNSECURED       NOT FILED             .00            .00
CITY OF CHICAGO PARKING   UNSECURED       NOT FILED             .00            .00
CITY OF CHICAGO           UNSECURED       NOT FILED             .00            .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED             .00            .00
SBC AMERITECH             NOTICE ONLY     NOT FILED             .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED             .00            .00
ALLIANCE ONE              NOTICE ONLY     NOT FILED             .00            .00
SENEX SERVICES            UNSECURED       NOT FILED             .00            .00
MERCY HOSPITAL & MEDICAL  NOTICE ONLY     NOT FILED             .00            .00
FIRST NATL BANK OF BROOK  UNSECURED       NOT FILED             .00            .00
FIRST NATIONAL CREDIT CA  NOTICE ONLY     NOT FILED             .00            .00
PREMIER BANCARD CHARTER   UNSECURED OTH     548.55              .00         336.87
CAPITAL ONE SERVICES      UNSECURED       NOT FILED             .00            .00
CAPITAL ONE               NOTICE ONLY     NOT FILED             .00            .00
CAPITAL ONE               NOTICE ONLY     NOT FILED             .00            .00
INTERNAL REVENUE SERVICE  SECURED          2500.00              .00        2500.00
STEFANS STEFANS & STEFAN  REIMBURSEMENT     154.00              .00         154.00
STEFANS STEFANS & STEFAN  DEBTOR ATTY     2,200.00                         2,200.00
TOM VAUGHN                TRUSTEE                                           737.89
DEBTOR REFUND             REFUND                                            185.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  13,145.00


                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 19876 CORDELL D LYONS
```

```
PRIORITY                                                    154.00
SECURED                                                   2,500.00
UNSECURED                                                 7,368.11
ADMINISTRATIVE                                            2,200.00
TRUSTEE COMPENSATION                                        737.89
DEBTOR REFUND                                               185.00
                                     ---------------   ---------------
TOTALS                                    13,145.00         13,145.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 11/20/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```